Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Attorneys for Plaintiff
Scott Klitzner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| SCOTT KLITZNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>WHEREZ HEMP, LLC,<br>Defendant. | CASE NO. 3:20-cv-00926-JLS-MSB<br><br>**PLAINTIFF'S NOTICE OF <u>VOLUNTARY DIMISSAL</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Scott Klitzner ("Plaintiff"), in his individual capacity, voluntarily dismisses the Class Action Complaint [D.E. 1] with prejudice, and all claims alleged therein against Defendant Wherez Hemp, LLC ("Defendant"), and dismisses all class claims alleged against Defendant without prejudice.  Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

DATED:  June 29, 2020       EDWARDS POTTINGER LLC

By: */s/ Seth M. Lehrman*
Seth M. Lehrman
Attorney for Plaintiff
SCOTT KLITZNER